LAWRENCE G. BROWN
Acting United States Attorney
BENJAMIN B. WAGNER
Assistant U.S. Attorney
501 I Street, suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) 2:98-cr-00189 JAM |
| Plaintiff, | ) |
| | ) |
| v. | ) MOTION FOR LEAVE TO DISMISS |
| | ) PURSUANT TO RULE 48(a); |
| YOLANDA FRANCISCO DEGUZMAN, | ) ORDER |
| | ) |
| Defendant. | ) |
| _____ | ) |

The United States of America hereby moves pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure for leave to dismiss the Indictment. In support thereof, the United States represents as follows:

This case was indicted on April 23, 1998. The indictment charged a single defendant, Yolanda F. Deguzman, with fraud and money laundering in connection with a scheme to defraud approximately 45 investors. The criminal conduct alleged in the indictment occurred between January 1991 and August 1993. Although formerly a resident of Vallejo, Deguzman appears to have fled prior to indictment. She is believed to have gone to the Philippines, but has not been located. Defendant Deguzman has never appeared in this

1

district, and it is not likely that she will return or be apprehended in the foreseeable future.

Over ten years have passed since the defendant fled and was indicted in this case. Most of the criminal conduct at issue occurred at least 16 years ago. I have discussed this matter with the investigating agencies, the FBI and IRS-CI, and those agencies agree that the evidence is stale and that it currently appears unlikely that the defendant will be apprehended and brought to this district in the near future. Accordingly, the Government seeks leave to dismiss the indictment in this case.

Date: June 29, 2009                         Respectfully Submitted,

                                            LAWRENCE G. BROWN
                                            Acting United States Attorney

                                             /S/ Benjamin Wagner
                                        By:_____
                                            BENJAMIN B. WAGNER
                                            Assistant U.S. Attorney

2

```
LAWRENCE G. BROWN
Acting United States Attorney
BENJAMIN B. WAGNER
Assistant U.S. Attorney
501 "I" Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) 2:98-Cr-00189 JAM |
| Plaintiff, | ) |
| | ) |
| v. | ) ORDER DISMISSING INDICTMENT |
| | ) |
| YOLANDA FRANCISCO DEGUZMAN, | ) |
| | ) |
| Defendant. | ) |

The United States has moved pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure for leave to dismiss the Indictment. Good cause having been shown, leave to dismiss the Indictment is **GRANTED**, and the Indictment is hereby **DISMISSED**.

DATE: June 30, 2009

/s/ John A. Mendez
U.S. DISTRICT COURT JUDGE

3